Ashley A. Marton, OSB No. 171584
ashley@workplacelawpdx.com
Rebecca Cambreleng, OSB No. 133209
rebecca@workplacelawpdx.com
**CAMBRELENG & MARTON LLC**
3518 S Corbett Avenue
Portland, Oregon 97239
Telephone: (503) 477-4899
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **DICA DIETZSCHOLD,** an individual and **GRACE DIETZSCHOLD,** an individual,<br><br>Plaintiffs,<br>v.<br><br>**CITY OF PORTLAND,** a municipal corporation; **BRENT MAXEY,** an individual, and **JOHN DOES,** unknown individuals,<br><br>Defendants. | Case No.   3:22-cv-00989-SB<br><br>**STIPULATED LIMITED DISMISSAL OF CLAIMS AS TO PLAINTIFF DICA DIETZSCHOLD** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a limited dismissal of plaintiff Dica Dietzschold's claims against defendants City of Portland, Brent Maxey and John Does WITH PREJUDICE and without an award of fees or costs to either party.

//

//

//

//

P a g e  | 1   STIPULATED LIMITED DISMISSAL OF CLAIMS
AS TO PLAINTIFF DICA DIETZSCHOLD

**CAMBRELENG & MARTON LLC**
3518 S Corbett Ave.
Portland, Oregon 97239
(503) 477-4899

**IT IS SO STIPULATED:**

Dated August 31, 2023.          **CAMBRELENG & MARTON LLC**

/s/Ashley A. Marton
Ashley A. Marton, OSB No. 171584
*Of Attorneys for Plaintiffs*

Dated August 31, 2023.          **PORTLAND CITY ATTORNEY'S OFFICE**

/s/Mallory R. Beebe
Mallory R. Beebe, OSB No. 115138
*Attorney for Defendants City of Portland and Brent Maxey*

P a g e | 2   STIPULATED LIMITED DISMISSAL OF CLAIMS
AS TO PLAINTIFF DICA DIETZSCHOLD

**CAMBRELENG & MARTON LLC**
3518 S Corbett Ave.
Portland, Oregon 97239
(503) 477-4899

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2023, I served the following

**STIPULATED NOTICE OF LIMITED DISMISSAL AS TO PLAINTIFF DICA DIETZSCHOLD** on the attorney(s) for defendants listed below via electronic means through the Court's Case Management/Electronic Case File system:

> Mallory R. Beebe, OSB No.
> Mallory.beebe@portlandoregon.gov
> Portland City Attorney's Office
> 1221 SW Fourth Avenue, Room 430
> Portland, Oregon 97204
> *Attorney for Defendants City of Portland and Brent Maxey*

**CAMBRELENG & MARTON LLC**

By: /s/ Maxwell Joyner
Maxwell Joyner, Paralegal