Ashley A. Marton, OSB No. 171584
ashley@workplacelawpdx.com
Rebecca Cambreleng, OSB No. 133209
rebecca@workplacelawpdx.com
**CAMBRELENG & MARTON LLC**
3518 S Corbett Avenue
Portland, Oregon 97239
Telephone: (503) 477-4899
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **DICA DIETZSCHOLD,** an individual and **GRACE DIETZSCHOLD,** an individual, | Case No.   3:22-cv-00989-SB |
| Plaintiffs, | |
| v. | |
| **CITY OF PORTLAND,** a municipal corporation; **BRENT MAXEY,** an individual, and **JOHN DOES,** unknown individuals, | **SECOND JOINT MOTION FOR EXTENSION OF DISCOVERY AND PRETRIAL DEADLINES** |
| Defendants. | |

### LR 7-1 CERTIFICATION

The undersigned certifies that counsel for the parties have conferred about this motion and that the parties are proceeding jointly to request the proposed extension in the motion below.

### MOTION

In accordance with Fed. R. Civ. P. 6(b), LR 16-3 and LR 29, the parties ask the Court for an order extending the current deadlines. The current discovery deadline is November 29, 2023, and the parties request that this date be extended to April 30, 2024. The current dispositive

P a g e | 1  SECOND JOINT MOTION FOR EXTENSION
OF DISCOVERY AND PRETRIAL DEADLINES

CAMBRELENG & MARTON LLC
3518 S Corbett Ave.
Portland, Oregon 97239
(503) 477-4899

motion deadline is January 29, 2024, and the parties request that this date be extended to July 31, 2024. The additional deadlines would remain as stated in the Court's prior order (expert disclosures and reports due no later than 30 days after final ruling on dispositive motions; rebuttal disclosures and reports due two weeks later; deadline for expert depositions to be set after final ruling on dispositive motions; deadline for Joint Alternate Dispute Resolution Report to be set after final ruling on dispositive motions, if any).

## MEMORANDUM

On May 26, 2023, Plaintiff Dica Dietzschold, mother of Plaintiff Grace Dietzschold, passed away unexpectedly. On May 30, 2023, the parties agreed to put this case on a brief hold to allow Plaintiff Grace Dietzschold time to grieve the loss of her mother and deal with the probate of her mother's estate. In August 2023, the parties agreed to continue discovery on behalf of Grace Dietzschold and move forward with scheduling depositions. A stipulated limited dismissal of Plaintiff Dica Dietzschold was subsequently filed on August 31, 2023. Since then, the parties have engaged in document discovery and exchanged documents. Prior to engaging in depositions, the parties agreed to fulfill their ADR requirements by engaging in a judicial settlement conference before Judge Jeff Armistead, which is scheduled for January 11, 2024. Pending the outcome of the judicial settlement conference, the parties anticipate needing additional time to conduct depositions, if the case does not settle. Additionally, plaintiff's counsel is going on maternity leave beginning in March 2024, and will return to the office full-time in early summer. To allow for additional discovery to occur pending the outcome of the judicial settlement conference, the parties respectfully request that the discovery and dispositive motion deadlines be extended as stated herein.

This motion is made in good faith and not for the purpose of delay. This is the parties' second Motion for Extension of the discovery and dispositive motion deadlines. No trial date has been set in this matter. The parties' counsel jointly request this proposed extension.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court enter a scheduling order extending the discovery deadline as requested above.

DATED this <u>17th</u> of November, 2023.

| | |
|---|---|
| **CAMBRELENG & MARTON LLC** | **PORTLAND CITY ATTORNEY'S OFFICE** |
| */s/Ashley A. Marton* | */s/ Mallory R. Beebe* |
| Ashley A. Marton, OSB No. 171584 | Mallory R. Beebe, OSB No. 115138 |
| *Of Attorneys for Plaintiffs* | *Attorney for Defendants* |

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2023, I served the following **SECOND JOINT MOTION FOR EXTENSION OF DISCOVERY AND PRETRIAL DEADLINES** on the attorney(s) for defendants listed below via electronic means through the Court's Case Management/Electronic Case File system:

>Mallory R. Beebe, OSB No.
>Mallory.beebe@portlandoregon.gov
>Portland City Attorney's Office
>1221 SW Fourth Avenue, Room 430
>Portland, Oregon 97204
>*Attorney for Defendants*

**CAMBRELENG & MARTON LLC**

By: ___/s/ Maxwell Joyner___
Maxwell Joyner, Paralegal